Complaint filed in hard copy.