OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Richard W. Wieking  
Clerk

450 Golden Gate Avenue  
San Francisco, CA 94102  
415.522.2000

25 October 2005

United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: <u>MDL 05-1699 In re Bextra and Celebrex Marketing, Sales Practices and Products Liability Litigation</u>

| <u>Title of Case(s)</u> | <u>Your Case Number(s)</u> |
|---|---|
| *Alex Cain, et al. v. Merck & Co., Inc., et al.* | C.A. No. 1:01-3441 ✓ |
| *Phyllis Weber, et al. v. Pfizer, Inc., et al.* | C.A. No. 1:05-3476 |

Dear Clerk:

Enclosed is a certified copy of the order from the Judicial panel on Multidistrict Litigation transferring the above entitled action to the Northern District of California, San Francisco Division. The case has been assigned to the Honorable Charles R. Breyer for coordinated or consolidated pretrial processing pursuant to 28 USC §1407.

Please forward the original record and a certified copy of the docket entries in the case listed above along with the enclosed copy of this transmittal letter to:

United States District Court
Northern District of California
450 Golden Gate Avenue, P.O. Box 36060
San Francisco, CA 94102
Attn: Rufino Santos

If the case is an electronic case filing, please provide us with a temporary log in and a password to directly access your database and to expedite the downloading of the PDF files of prior postings. We appreciate your prompt attention to this matter.

Sincerely yours,
Richard W. Wieking, Clerk

*R. C. Santos*

By: Rufino Santos
Deputy Clerk

Encl.

# SCHEDULE CTO-1 - TAG-ALONG ACTIONS
# DOCKET NO. 1699
# IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION | |
|---|---|---|
| **ALABAMA MIDDLE** | | |
| ALM 1 05-500 | Robert Webb v. G.D. Searle, LLC, et al. | |
| ALM 2 05-475 | Frank Klinger v. G.D. Searle, LLC, et al. | |
| ALM 2 05-476 | Clarice Hare v. G.D. Searle, LLC, et al. | |
| ALM 2 05-593 | Barbara Clem v. G.D. Searle, LLC, et al. | |
| ALM 2 05-594 | Phyllis McCord v. G.D. Searle, LLC, et al. | |
| **ALABAMA NORTHERN** | | |
| ALN 2 05-896 | Earl Darby, Jr. v. Merck & Co., Inc., et al. | |
| ALN 2 05-1670 | Gloria Mauldin v. Pfizer, Inc. | |
| ALN 2 05-1799 | Mary Nell McCloud v. G.D. Searle, LLC, et al. | |
| ALN 7 05-1125 | Stan Downey, et al. v. Merck & Co., Inc., et al. | |
| **ALABAMA SOUTHERN** | | |
| ALS 1 05-360 | Cliff Norwood v. G.D. Searle, LLC, et al. | |
| ALS 1 05-361 | James Alan Bell v. G.D. Searle, LLC, et al. | |
| ALS 1 05-388 | James Rogers Fanning v. G.D. Searle, LLC, et al. | |
| ALS 1 05-397 | John Scarcliff v. G.D. Searle, LLC, et al. | |
| ~~ALS 1 05-399~~ | ~~Larry W. Broadus v. G.D. Searle, LLC, et al.~~ | Vacated 10/14/05 |
| ALS 1 05-454 | Albert Pearson v. G.D. Searle, LLC, et al. | |
| ALS 2 05-368 | Wilmer Merriweather v. G.D. Searle, LLC, et al. | |
| **CALIFORNIA CENTRAL** | | |
| CAC 2 05-3851 | Robert Schwartz v. G.D. Searle, LLC, et al. | |
| ~~CAC 2 05-6130~~ | ~~William Acosta, et al. v. Pfizer, Inc., et al.~~ | Vacated 10/14/05 |
| CAC 5 05-283 | Lillie Baker v. Pfizer, Inc. | |
| **CALIFORNIA SOUTHERN** | | |
| CAS 3 05-1193 | William Armbruster, et al. v. Merck & Co., Inc., et al. | |
| **COLORADO** | | |
| CO 1 05-1266 | Jannett Graham v. Pfizer, Inc. | |
| **CONNECTICUT** | | |
| CT 3 05-1104 | Thomas Durica, et al. v. Pfizer, Inc. | |
| **FLORIDA MIDDLE** | | |
| FLM 3 05-695 | Mary Ellen Mule v. Pfizer, Inc. | |
| FLM 6 05-1174 | Tracy Ring v. G.D. Searle, LLC, et al. | |
| FLM 8 05-963 | Harley W. Horne v. Pfizer Inc. | |
| **FLORIDA SOUTHERN** | | |
| FLS 1 05-21241 | Clara Fontanilles v. Pfizer, Inc. | |
| **IOWA NORTHERN** | | |
| IAN 2 05-1032 | Jo Anne Pierce v. G.D. Searle, LLC, et al. | |

| DIST. DIV. C.A. # | CASE CAPTION | |
|---|---|---|
| **IOWA SOUTHERN** | | |
| IAS 3 05-91 | Kenneth L. Peterson, et al. v. Pfizer, Inc. | |
| **ILLINOIS NORTHERN** | | |
| ILN 1 05-2101 | William Adams, et al. v. Pfizer Pharmaceuticals, Inc. | |
| ILN 1 05-3991 | Vernon Shephard v. Pfizer, Inc. | |
| **ILLINOIS SOUTHERN** | | |
| ~~ILS 3 04-933~~ | ~~Barbara Mihalich v. Pfizer, Inc.~~ | Vacated 10/14/05 |
| ILS 3 05-252 | John J. Driscoll v. Pfizer, Inc., et al. | |
| ILS 3 05-386 | Maurice Dulle v. Pharmacia & Upjohn Co., et al. | |
| **INDIANA SOUTHERN** | | |
| INS 1 05-1109 | Sheet Metal Workers Local No. 20 Welfare & Benefit Fund, et al. v. Pfizer, Inc., et al. | |
| INS 3 05-73 | July G. Engel, etc. v. Merck & Co., Inc., et al. | |
| **KANSAS** | | |
| KS 2 05-2127 | John Barker, etc. v. G.D. Searle, LLC, et al. | |
| **KENTUCKY WESTERN** | | |
| KYW 3 05-476 | John DeHart v. Pfizer, Inc. | |
| **LOUISIANA WESTERN** | | |
| ~~LAW 1 05-761~~ | ~~Gayle Swilley, et al. v. Pfizer, Inc.~~ | Opposed 10/14/05 |
| ~~LAW 5 04-701~~ | ~~Leon Bell, et al. v. G.D. Searle & Co., et al.~~ | Vacated 10/14/05 |
| LAW 5 05-715 | Lessie McCoy v. Pfizer, Inc. | |
| **MICHIGAN EASTERN** | | |
| MIE 2 05-71656 | Frankenmuth Financial Group, et al. v. Pfizer, Inc., et al. | |
| **MINNESOTA** | | |
| MN 0 05-803 | Rebecca L. Galvan, etc. v. Pfizer, Inc. | |
| MN 0 05-1106 | Cheryl M. Snow v. Pfizer, Inc. | |
| **MISSOURI EASTERN** | | |
| MOE 4 05-720 | Willie Baskett v. G.D. Searle, LLC, et al. | |
| MOE 4 05-870 | Cara Jean Hunter v. Merck & Co., Inc., et al. | |
| MOE 4 05-871 | Shirley Mae Nash v. G.D. Searle, LLC, et al. | |
| MOE 4 05-1162 | Jc Linda Haugh v. Pfizer, Inc. | |
| ~~MOE 4 05-1303~~ | ~~Edward Vitt v. Pfizer, Inc., et al.~~ | Opposed 10/17/05 |
| **MISSOURI WESTERN** | | |
| MOW 4 05-489 | Marjorie Messick v. G.D. Searle, LLC, et al. | |
| MOW 4 05-496 | Nancy Jones v. Pfizer, Inc. | |
| MOW 4 05-543 | Bennie McBroom v. G.D. Searle, LLC, et al. | |
| **MISSISSIPPI NORTHERN** | | |
| MSN 2 05-18 | Judy Shearer, etc. v. Pharmacia, Inc., et al. | |
| **NEW JERSEY** | | |
| NJ 1 05-3471 | John Markulec v. Pfizer, Inc. | |
| NJ 2 05-2891 | Edward T. Kierstead, et al. v. Pfizer, Inc. | |

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **NEW YORK EASTERN** | |
| NYE 1 01-3441 | Alex Cain, et al. v. Merck & Co., Inc., et al. |
| NYE 1 05-3476 | Phyllis Weber, et al. v. Pfizer, Inc., et al. |
| **NEW YORK SOUTHERN** | |
| NYS 1 05-818 | Matthew Cavallo, et al. v. Pfizer, Inc., et al. |
| NYS 1 05-5210 | Michele Sharon Cardamone v. Pfizer, Inc. |
| NYS 1 05-5211 | Cynthia Young v. Pfizer, Inc. |
| NYS 1 05-7587 | Kathie Stephens v. Pfizer, Inc. |
| NYS 1 05-7588 | Denny Clubb v. Pfizer, Inc. |
| NYS 1 05-7589 | Linda Bentley v. Pfizer, Inc. |
| **OHIO NORTHERN** | |
| OHN 3 05-7200 | Sheila M. Blevins, etc. v. G.D. Searle, LLC, et al. |
| **OHIO SOUTHERN** | |
| OHS 3 05-194 | Sharon Allen, et al. v. G.D. Searle, LLC, et al. |
| OHS 3 05-195 | Geraldine Aellig, et al. v. G.D. Searle, LLC, et al. |
| OHS 3 05-196 | Betty Bragg, et al. v. G.D. Searle, LLC, et al. |
| OHS 3 05-197 | Diane Alexander, et al. v. G.D. Searle, LLC, et al. |
| OHS 3 05-199 | Curtis L. McEldowney, Jr., et al. v. G.D. Searle, LLC, et al. |
| **OKLAHOMA WESTERN** | |
| OKW 5 05-425 | Ghaleb Aweida v. Pfizer, Inc. |
| OKW 5 05-426 | Annie Marie Isaacs v. Pfizer, Inc. |
| **OREGON** | |
| OR 3 05-812 | Louis Sneer v. Pfizer, Inc. |
| **PENNSYLVANIA EASTERN** | |
| PAE 2 04-5987 | Mary Henderson v. Merck & Co., Inc., et al. |
| PAE 2 05-1908 | Maria Camardella, etc. v. Merck & Co., Inc., et al. |
| PAE 2 05-2169 | Keith Cardone v. Pfizer, Inc., et al. |
| PAE 2 05-2170 | Jose Martinez v. Pfizer, Inc., et al. |
| PAE 2 05-2217 | Lynnellen Daniels, et al. v. Pfizer, Inc., et al. |
| PAE 2 05-2222 | Willie Brooks, etc. v. Merck & Co., Inc., et al. |
| PAE 2 05-2967 | James F. Adams v. Pfizer, Inc., et al. |
| PAE 2 05-3469 | Robert L. Nichols, Jr., et al. v. Pfizer, Inc. |
| **SOUTH CAROLINA** | |
| SC 2 05-962 | Tomm L. Gipe, et al. v. Pfizer, Inc. |
| **TENNESSEE MIDDLE** | |
| TNM 3 05-321 | Consuelo Solis-King v. Pfizer, Inc. |
| **TEXAS EASTERN** | |
| TXE 1 05-309 | James A. Trainor v. Pfizer, Inc., et al. |
| TXE 1 05-348 | Raquel M. Jimenez v. Pfizer, Inc. |
| TXE 1 05-369 | Dorothy H. Boudreaux v. Pfizer, Inc., et al. |
| TXE 1 05-378 | Juneid N. Majors, etc. v. Pfizer, Inc. |
| TXE 1 05-383 | Kimberly Morris Blackshire, etc. v. Pfizer, Inc. |
| TXE 1 05-405 | Linda Dyer v. Pfizer, Inc. |
| TXE 1 05-418 | Horace Hebert v. Pfizer, Inc., et al. |
| TXE 1 05-431 | John G. Morphis v. Pfizer, Inc. |
| TXE 1 05-456 | Kathy Lasdin v. Pfizer, Inc. |
| TXE 1 05-459 | James A. Trainor v. Pfizer, Inc. |
| TXE 1 05-528 | Dora Jeanne Pickens v. Pfizer, Inc., et al. |
| TXE 1 05-529 | John Knight v. Pfizer, Inc., et al. |
| TXE 2 05-154 | James Davis, et al. v. Merck & Co., Inc., et al. |

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **TEXAS NORTHERN** | |
| TXN 3 05-1237 | Carol Cox v. Pfizer, Inc. |
| TXN 4 05-383 | Mica Lane Uselton, et al. v. Pfizer, Inc. |
| **TEXAS SOUTHERN** | |
| TXS 3 05-332 | Deborah D. Crow v. Pfizer, Inc., et al. |
| TXS 4 05-2417 | Erna Smith, et al. v. Pfizer, Inc., et al. |
| **TEXAS WESTERN** | |
| TXW 1 05-559 | Winnie Cook, et al. v. Pfizer, Inc. |
| TXW 1 05-560 | Raymond Bonnet, et al. v. Pfizer, Inc. |
| TXW 1 05-561 | Rcy Sinclair, et al. v. Pfizer, Inc. |
| TXW 1 05-562 | Debbria Greer v. Pfizer, Inc. |
| **VIRGINIA WESTERN** | |
| VAW 2 05-35 | Billy Bailey, et al. v. Pfizer, Inc. |
| **WEST VIRGINIA NORTHERN** | |
| WVN 3 05-30 | Duwain L. Howard v. Pfizer, Inc. |
| **WEST VIRGINIA SOUTHERN** | |
| WVS 2 05-404 | Barry R. Hudnall, et al. v. Pfizer, Inc., et al. |

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ OCT 31 2005 ★
BROOKLYN OFFICE